FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 07 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VIVIAN SCHAEFER and DAVID SHAMAH, on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

ALLIED INTERSTATE, LLC,

    Defendant.

Civil Action Number: 1:18-cv-04871

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS ON BEHALF OF PLAINTIFF VIVIAN SCHAEFER**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff VIVIAN SCHAEFER gives notice that she does hereby voluntarily dismiss her claims in the above-numbered and captioned action. The claims brought by Plaintiff DAVID SHAMAH, and the claims brought on behalf of the alleged purported class remain unaffected by this dismissal.

Dated: August 28, 2018

    Respectfully submitted,

    By: /s/ Ibrahim Abohamra
    Ibrahim Abohamra, Esq. (IA1988)
    Varacalli & Hamra, LLP
    32 Broadway, Suite 1818
    New York, New York 10004
    Phone: (646) 590-0571
    *Attorneys for Plaintiffs*

The application is ✓ granted.
SO ORDERED ~~denied~~
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Sept. 4, 2018
Brooklyn, New York