FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

OCT 19 2018

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

DAVID SHAMAH, on behalf of himself
and all others similarly situated,

        Plaintiff,

-against-

ALLIED INTERSTATE, LLC,

        Defendant.

Civil Action Number: 1:18-CV-04871

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1), Plaintiff DAVID SHAMAH gives notice that he does hereby voluntarily dismiss his claims in the above-numbered and captioned action with prejudice.

Dated: October 18, 2018

        Respectfully submitted,

        By: /s/ *Jaclene Troisi*
        Jaclene Troisi, Esq. (JT7560)
        Varacalli & Hamra, LLP
        32 Broadway, Suite 1818
        New York, New York 10004
        Phone: (646) 590-0571
        *Attorneys for Plaintiffs*

The application is ✓ granted. ~~denied.~~
SO ORDERED)
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: Oct. 17, 2018
Brooklyn, New York